```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10707
    JAMES C MOORE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-9465

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/15/2007 and was not confirmed.

     The case was dismissed without confirmation 08/02/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
NEW CENTURY MORTGAGE COR  CURRENT MORTG        .00          .00            .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG        .00          .00            .00
PENTAGON FEDERAL CREDIT   SECURED VEHIC        .00          .00            .00
PENTAGON FEDERAL CREDIT   SECURED VEHIC        .00          .00            .00
WELLS FARGO CARD SERVICE  UNSECURED         780.50          .00            .00
STEVEN O HAMILL           DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        -------------        -------------
TOTALS                     .00                        .00
```

     Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/05/07             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE